UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY BOUYER,<br><br>    Plaintiff,<br><br>v.<br><br>PRIME INVESTMENTS LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-04768-AB-SK<br><br>[~~PROPOSED~~] **ORDER DISMISSAL WITH PREJUDICE** |
|---|---|

Pursuant to the parties' Joint Stipulation for Dismissal of the entire action with Prejudice, the Court hereby **DISMISSES WITH PREJUDICE** Plaintiff's Complaint, in its entirety. Each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: April 28, 2021

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1